UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

LUPE MIRANDA AND ANGEL MIRANDA,

    Plaintiffs,

  v.

BANK OF AMERICA FKA COUNTRYWIDE HOME LOANS; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ESTATE HOME LOANS, INC.; AHMED HERNANDEZ-CERVANTES, MARC ARIAS-MORALES; and DOES 1-20 inclusive,

    Defendants.

No. 2:09-cv-02364-MCE-EFB

MEMORANDUM AND ORDER

----oo0oo----

Presently before the Court is a Motion by Defendant Greenpoint Mortgage Funding to Dismiss[1] Plaintiffs Lupe Miranda and Angel Miranda's Complaint. Plaintiffs have failed to timely file Opposition to the Defendant's motion.

---

[1] Defendant's Motion to Dismiss was originally jointly filed with co-defendant Marin Conveyancing Corporation ("Marin"). Marin has since been voluntarily dismissed from the case by Plaintiff pursuant to Fed. R. Civ. P. 41.

1

1       Pursuant to Local Rule 78-230(c), opposition to a motion
2  must be filed not less than fourteen (14) days prior to the date
3  of the hearing. The date of the hearing on motion was set for
4  October 22, 2009. Fourteen (14) days prior to the hearing was
5  October 8, 2008. No opposition was filed as required. In light of
6  the fact that no opposition was filed by the Plaintiff,
7  Defendant's Motion to Dismiss[2] is GRANTED with leave to amend.
8  (The Court notes that Plaintiff has already filed an amended
9  complaint.)
10      IT IS SO ORDERED.

Dated: November 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

2