RONALD M. ARLAS, ESQ. #59091
ARLAS & SMITHTON
1100 Larkspur Landing Circle, Suite 360
Larkspur, CA 94939
(415) 925-3807; Fax (415) 925-3860
Ron.arlas@greenpoint.com

EDWARD R. BUELL, ESQ. #240494
GREENPOINT MORTGAGE FUNDING, INC.
1100 Larkspur Landing Circle, Suite 360
Larkspur, Ca. 94939
(415) 925-3810; Fax (415) 925-3861
Ted.buell@greenpoint.com

Attorneys for Defendant GREENPOINT MORTGAGE FUNDING, INC.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE J. MIRANDA et al., <br>     Plaintiffs, <br> vs. <br> COUNTRYWIDE, et al., <br>     Defendants. | Case No. 2:09-cv-02364-MCE-EFB <br><br> ORDER ALLOWING COUNSEL FOR DEFENDANT GREENPOINT MORTGAGE FUNDING, INC. TO TELEPHONICALLY ATTEND MOTION TO DISMISS FIRST AMENDED COMPLAINT <br><br> Date: 02/11/2010 <br> Time: 2:00 pm <br> Place: Courtroom 7, 14TH Floor |

Pursuant to the written request by counsel for defendants GREENPOINT MORTGAGE FUDNING, INC. to telephonically attend his Motion to Dismiss plaintiffs' First Amended Complaint, set for February 11, 2010, this Court hereby grants such request.

DATED: November 16, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE