| | |
|---|---|
| 1 | LAW OFFICES OF SHARON L. LAPIN |
|   | SHARON L. LAPIN SBN 165919 |
| 2 | 110 LOCH LOMOND DR. |
|   | SAN RAFAEL, CA 94901 |
| 3 | PHONE: (415) 258-1651 |
|   | FAX: (916) 258-0326 |
| 4 | email: lapinlaws@juno.com |

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE J. MIRANDA AND ANGEL MIRANDA, | CASE NO.: 2:09-CV-02364-MCE-EFB |
| Plaintiffs, | ORDER GRANTING MOTION TO APPEAR BY TELEPHONE FOR THE MOTION TO DISMISS |
| v. | |
| BANK OF AMERICA FKA COUNTRYWIDE HOME LOANS; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ESTATE HOME LOANS, INC.; AHMED HERNANDEZ-CERVANTES, MARC ARIAS-MORALES; and DOES 1-20 inclusive, | JUDGE: Morrison C. England, Jr. DATE: February 12, 2010 TIME:  2:00 P.M. DEPT: Courtroom 7 |
| Defendants. _____/ | |

The Court having reviewed the Motion to Appear by Telephone at the Motion to Dismiss Plaintiffs' Complaint filed by Plaintiffs, good cause appearing therefore, hereby orders as follows:

///

///

1   IT IS HEREBY ORDERED, that Plaintiffs' Counsel may appear telephonically at the
2  Motion to Dismiss currently set to be heard at 2:00 p.m. on February 12, 2010 in Courtroom 7,
3  before the Honorable Morrison C. England, Jr., of the above entitled Court, by and through their
4  counsel, Sharon L. Lapin (415) 686-1247

Dated:  January 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE